IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division



FILED
MAY 1 4 2007
CLERK, US DISTRICT COURT
NORFOLK, VA

UNITED STATES OF AMERICA,

v.  CRIMINAL NO. 2:07 cr 83

MICHAEL ALEXANDER MAY,

    Defendant.

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

The Defendant, by consent, has appeared before me pursuant to Federal Rule of Criminal Procedure 11, and referral from a United States District Judge, and has entered a plea of guilty to Count 1 of the Superseding Indictment. After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary, and that the offense charged is supported by an independent basis in fact establishing each of the essential elements of such offense. I therefore recommend that the plea of guilty be accepted and that the Defendant be adjudged guilty and have sentence imposed accordingly.

Failure to file written objections to this Report and Recommendation within ten (10) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge.

28 U.S.C. § 636(b)(1)(B).

                                                            UNITED STATES MAGISTRATE JUDGE

Norfolk, Virginia

May 14, 2007

## Clerk's Mailing Certificate

A copy of the foregoing Report was mailed this date to each of the following:

    Stephen J. Burgess, Esquire
    735 Newtown Road, Suite 202
    Norfolk, Virginia 23502
    COUNSEL FOR DEFENDANT

    Michael C. Moore, Esquire
    Assistant United States Attorney
    8000 World Trade Center
    101 West Main Street
    Norfolk, Virginia 23510
    COUNSEL FOR UNITED STATES OF AMERICA

    Fernando Galindo, Acting Clerk

    By_____
        Deputy Clerk

    _____, 2007